UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| CURTIS LEE MARTIN ] | | |
| Plaintiff, ] | | |
| ] | | |
| v. ] | No. 1:14-0090 | |
| ] | CHIEF JUDGE HAYNES | |
| TENNESSEE BUREAU OF ] | | |
| INVESTIGATION ] | | |
| Defendant. ] | | |

## M E M O R A N D U M

Plaintiff, Curtis Lee Martin, an inmate at the Lawrence County Jail in Lawrenceburg, Tennessee, filed this pro se action under 42 U.S.C. § 1983 against the Tennessee Bureau of Investigation. Plaintiff seeks damages for the Defendant's alleged cruel and unusual treatment of him for his employment as a home builder near a school.

Defendant, a state agency, is not a person who can be sued in a 1983 action. Will v. Michigan Dept. of State Police, 491 U.S. 58, 64 (1989).

Thus, the Court concludes that this action must be dismissed for failure to state a claim for relief.

An appropriate Order is filed herewith.

ENTERED this ____ day of July, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court